UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE MAURICE HILL,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY HEDGEPETH,<br><br>Defendant. | Case No.  12-cv-03873-JD<br><br>**ORDER DENYING MOTION TO APPOINT COUNSEL**<br><br>Re: Dkt. No. 27 |

Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus.  This case is fully briefed as respondent filed an answer and petitioner has filed a traverse.  Petitioner has now requested the appointment of counsel.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person.  Petitioner has presented his claims adequately, and they are not particularly complex.  The interests of justice do not require appointment of counsel, therefore the motion (Docket No. 27) is **DENIED.**

**IT IS SO ORDERED.**

Dated: September 3, 2014

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE MAURICE HILL,<br><br>    Plaintiff,<br><br>   v.<br><br>ANTHONY HEDGEPETH,<br><br>    Defendant. | Case No. 12-cv-03873-JD<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 9/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deandre Maurice Hill ID: G-53079
CSP Solano State Prison A-6-117
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696

Dated: 9/4/2014

                                                 Richard W. Wieking
                                                 Clerk, United States District Court

                                                 By: *Lisa R. Clark*
                                                 LISA R. CLARK, Deputy Clerk to the
                                                 Honorable JAMES DONATO